UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



ROGER FREELAND, on his own behalf,
ROSELYN FREELAND, on her own behalf,
and as mother and next friend of REX FREELAND
a minor with severe brain damage,

01 JUN -5 AM 11: 29



Plaintiffs,

vs.                                             No.   99-1500 MV/WWD ACE

THE UNITED STATES OF AMERICA,

Defendant.

### THE PARTIES' STIPULATED PROPOSED CONCLUSIONS OF LAW

1.  The Court has jurisdiction of this action under 28 U.S.C. §2671 et seq., and 28 U.S.C. §1346(b).

2.  Plaintiffs have complied with the administrative requirements of the Federal Tort Claims Act.

3.  Jerome Holbrook is a dentist employed by Defendant United States of America.

4.  Michael Steele is a certified registered nurse anesthetist employed by Defendant United States of America.

5.  On May 10, 1999 Jerome Holbrook and Michael Steele each undertook to provide care to Rex Freeland.

1



6.  On May 10, 1999 Michael Steele was licensed in New Mexico as a certified registered nurse anesthetist.

_____
Stephen Moffat
Moffat & Dicharry
1005 Luna Circle NW
Albuquerque, NM 87102
(505) 242-2774

_____ per P.D. Telephone + Fax 6/4/2001
Phyllis Dow, Assistant U.S. Attorney
US Attorney's Office
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1435

2